UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT L. DENT,

    Plaintiff,

v().                                    Case No.  5:20-cv-310-TKW-MJF

BAY COUNTY SHERIFF ORG, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 27).  No objections were filed.

The magistrate judge dutifully analyzed the claims that Plaintiff appeared to be asserting in the operative third amended complaint and then properly concluded that none of those claims state a plausible claim for relief.  This was no small task because the statement of facts in the third amended complaint begins with the delusional claim that Plaintiff has "a microchip in [his] skin at which give a signal to organization member who are committing a crime against [him]" and ends with an equally delusional claim that someone "tried to kill [him] … with a rattlesnake in a laundry bag."

These claims are patently frivolous, as is the relief requested by Plaintiff:  "I want this microchip removed for federal charges and I seek 45 million dollars for

nearly taking my life for ranso[m] money and excessive force being used." Thus, while the Court agrees with the magistrate judge's determination that the third amended complaint is due to be dismissed under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim, the Court also finds that it is due to be dismissed under §1915(e)(2)(B)(i) as frivolous.  Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order; this case is **DISMISSED** under 28 U.S.C. §§1915(e)(2)(B)(i) and (ii) and 1915A(b)(1); and the Clerk shall close the case file

**DONE and ORDERED** this 28th day of February, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**